Opinion issued July 26, 2010



 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



NO. 01–09–00960–CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



DAWN HERRIN AND OSCAR T. HERRIN, Appellants

 

V.

 

DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee

 

 

 



On Appeal from the 315th District Court

Harris County, Texas

Trial Court Cause No. 2009-13479

 

 



MEMORANDUM OPINION

 

After we issued an opinion and
judgment on June 17, 2010 dismissing their appeal for failure to pay the filing
fees, appellants, Dawn Herrin and Oscar T. Herrin paid the required fees and
moved this Court to reinstate the appeal. 

We grant the Herrins’
motion.  The June 17, 2010 judgment
dismissing this appeal is vacated
and our accompanying opinion is withdrawn.  The appeal is reinstated
on the Court’s docket.  

PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and
Sharp.